CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

September 10, 2015

Christopher David Bruning
6049 West Red Bird Lane
Dallas, Texas 75236
**DELIVERED VIA E-MAIL TO chris@groovystuff.com**

RE:    Court of Appeals Number:    05-13-01033-CV
          Trial Court Case Number:    DC-12-09326-D

Style:  Christopher Bruning
       v.
      Kyle Lane Hollowell, et al

Mr. Bruning:

Your September 9, 2015 e-mails to Justices Fillmore and Stoddart regarding the substance of this appeal have been referred to me for response. Please be advised that it is improper to communicate directly with a justice of this Court regarding your case. All communications are to be directed to the Clerk of the Court. *See* TEX. R. APP. P. 9.

                Respectfully,

                /s/ Lisa Matz, Clerk of the Court

cc:    Carl David Adams
      **DELIVERED VIA E-MAIL**

    Judd F. Masso
      **DELIVERED VIA E-MAIL**